# United States District Court Violation Notice

**CVB Location Code:** CC 35

**Violation Number:** N 0467416
**Officer Name (Print):** RAPIER J
**Officer No.:** 774

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 07/19/2011 1747 HOURS
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code
**CPC 470(B)**

**Place of Offense:** LOS POSAS, PT. MUGU

**Offense Description:** POSSESS/DISPLAY DL OR ID
18 USC 13 ASSIMILATIVE CARD

## DEFENDANT INFORMATION

**Last Name:** FLORES
**First Name:** JUAN
**M.I.:** C

**Tag No.:** 4TJD282
**State:** CA
**Year:** 01
**Make/Model:** CHEVY VAN 1500
**Color:** WHT

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature**

Original - CVB Copy

10/14/2011 08:19:12

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 19 JULY, 20 11 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

I MA2 RAPIER WAS DISPATCHED TO LOS POSAS GATE FOR POSSIBLE FAKE DRIVER LICENSE. UPON ARRIVAL JUAN FLORES ADMITTED THAT HIS DRIVER LICENSE WAS A FAKE HE BOUGHT AT MCARTHUR PARK IN LOS ANGELES. HE ALSO STATED HIS ORIGINAL LICENSE HAD EXPIRED AND HE WASNT ABLE TO GET ANOTHER DRIVER LICENSE BECAUSE OF HIS LEGAL STATUS. AFTER RUNNING A CHECK FOR WARRANTS AND TALKING TO ICE JAUN FLORES WAS CITED UNDER CPC 470(B) AND RELEASED.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 07/19/2011    Jody Rapier
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge